CHARLES A. WIRTH, PLAINTIFF-APPELLANT, v. L. SIG-MUND GABRY AND THADDEUS GABRY, DEFENDANTS-RESPONDENTS.

Argued October 21, 1938—Decided February 6, 1939.

For the appellant, *Herbert A. Kuvin.*

For the respondent L. Sigmund Gabry, *William Krueger.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the deliverance of Mr. Justice Porter.

It suffices to add that the doctrine of *respondeat superior* rests upon the relation of master and servant. In the doing of the negligent act, the servant must be engaged in his master's affairs or business. *Doran* v. *Thomsen,* 76 *N. J. L.* 754; *Missell* v. *Hayes,* 86 *Id.* 348; *Flanigan* v. *Guggenheim Smelting Co.,* 63 *Id.* 647, 663; *Evers* v. *Krouse,* 70 *Id.* 653; *Ceslak* v. *Krause,* 108 *Id.* 350; *Schank* v. *Cerniglia,* 113 *Id.* 306. This disposes of the point made by appellant.

*For affirmance*—THE CHIEF JUSTICE, PARKER, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 9.

*For reversal*—THE CHANCELLOR, TRENCHARD, BODINE, PERSKIE, JJ. 4.